# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAIN STREET PROPERTIES, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>PC BRENT VILLAGE, LLC d/b/a BRENT VILLAGE APARTMENTS,<br><br>    Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>TUFF TURF LAWN CARE, LLC, and THE LUND COMPANY,<br><br>    Third-Party Defendants. | 8:21CV325<br><br>ORDER |

This matter is before the court following a planning conference held by telephone with counsel for the parties on May 10, 2024. Counsel advised the court that the parties have conferred and agree to an extension and stay of case deadlines to facilitate the scheduling of mediation. The court finds good cause for the parties' requests. Accordingly,

**IT IS ORDERED**:

1. The deadline for plaintiff's expert disclosures is extended.
2. The deadline for fact depositions is extended.
3. All remaining case progression deadlines are stayed, and all hearings and trials are terminated, pending the outcome of mediation.
4. The parties shall notify the court within 7-days of when they chose a mediator and schedule a mediation date. The parties shall advise the court of the outcome of mediation within 7-days after it takes place.
5. If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference to reset any remaining case progression deadlines and to set the pretrial conference and trial dates.

Dated this 10th day of May, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge